UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN D. LEWIS,

          Plaintiff,

    v.

SACRAMENTO COUNTY DISTRICT
ATTORNEY OFFICE, et al.,

          Defendants.

Case No. 15-cv-01935-KAW  (PR)

ORDER OF TRANSFER

Plaintiff  Kevin D. Lewis, a state prisoner incarcerated at the California State Prison in Lancaster, California, has filed a civil rights action under 42 U.S.C. § 1983 asserting claims against the Sacramento County District Attorney's office and its employees.

When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same State, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. *See* 28 U.S.C. § 1391(b).

The acts complained of in this complaint occurred in Sacramento and Defendants are located in Sacramento, which is in the Eastern District of California.  Venue, therefore, properly lies in the Eastern District of California, not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.  The Clerk of the Court shall terminate all motions and transfer the case forthwith.

IT IS SO ORDERED.

Dated: May 14, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California